IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BRANDIE BOONE, :
:
    Plaintiff(s), :
: Case Number: 1:07cv538
vs. :
: Chief Judge Susan J. Dlott
BOARD OF COUNTY COMMISSIONERS :
OF HIGHLAND COUNTY, OHIO, et. al., 
:
    Defendant(s). :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Timothy S. Black filed on January 5, 2009 (Doc. 17), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired January 26, 2009, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's complaint is **DISMISSED** without prejudice and this is **CLOSED.** *See Habib v. General Motors Corp.,* 15 F.3d 72, 73 (6th Cir. 1994); *United States v. Gluklick,* 801 F. 2d 834, 836-37 96th Cir. 1986).

    IT IS SO ORDERED.

                                                                   s/Susan J. Dlott
                                                                Chief Judge Susan J. Dlott
                                                                United States District Court